*Sheriff Abner,* 813 F.2d 744, 748 (5th Cir. 1987). Field's appeal is without merit and therefore is dismissed as frivolous. *See Howard v. King,* 707 F.2d 215, 220 (5th Cir.1983); 5TH CIR. R. 42.2.

The district court's dismissal of Field's § 1983 complaint pursuant to § 1915(e)(2)(B)(ii) and this court's dismissal of this appeal as frivolous both count as strikes for purposes of 28 U.S.C. § 1915(g). *See Adepegba v. Hammons,* 103 F.3d 383, 385–87 (5th Cir.1996). Field is warned that if he accumulates three strikes under § 1915(g), he will not be allowed to proceed in forma pauperis in any civil action or appeal while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. *See* § 1915(g).

APPEAL DISMISSED AS FRIVOLOUS; SANCTION WARNING ISSUED.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Juan Vicente Caderno, federal prisoner # 35223–004, appeals the denial of his 28 U.S.C. § 2241 petition challenging his cocaine-related convictions. The district court held that while styled as a § 2241 petition, his pleading was subject to dismissal without prejudice as an unauthorized successive 28 U.S.C. § 2255 motion. Caderno has inadequately briefed the issue whether the district court erred by construing his pleading as such and instead merely recites the law pertaining to the filing of § 2241 petitions without applying it to the facts of his case. He does not address the issues whether the § 2255 remedy is inadequate or ineffective or, alternatively, whether he meets the criteria for filing a successive § 2255 motion. He has therefore waived review of these issues. *See Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987).

AFFIRMED.

**Juan Vicente CADERNO,**
**Petitioner–Appellant,**

**v.**

**Rudy FRANCO, Warden of Reeves**
**County Detention Center,**
**Respondent–Appellee.**

**No. 05–51041**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 13, 2007.

Juan Vicente Caderno, Pecos, TX, pro se.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.